**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.R., A MINOR | : | No. 128 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: MOTHER, B.R. AND FATHER, R.R. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: M.R., A MINOR | : | No. 129 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: MOTHER, B.R. AND FATHER, R.R. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: J.R., A MINOR | : | No. 130 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: MOTHER, B.R. AND FATHER, R.R. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: J.R., A MINOR | : | No. 131 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: MOTHER, B.R. AND FATHER, R.R. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.